# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0452

VERSUS

CLARENCE DUDLEY

**JULY 15, 2024**

---

In Re:     Clarence Dudley, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge, No.
           04-02-0314.

---

**BEFORE:   WOLFE, HESTER, AND MILLER, JJ.**

   **WRIT DENIED.** The district court did not abuse its discretion
in summarily dismissing the APCR.  Relator failed to establish
that relief should be granted.  See La. Code Crim. P. art. 929(A),
La. Code Crim. P. art. 930.2 & **State ex rel. Tassin v. Whitley,**
602 So.2d 721, 722 (La. 1992).

                         **EW**
                         **CHH**
                         **SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT